Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff ANDREA STRINGER,
on behalf of herself and all others
similarly situated

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STRINGER, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>vs.<br>OLIPHANT FINANCIAL LLC,<br>                Defendant. | Case No. 5:15-cv-01713-R-SP<br><br>Notice of Voluntary Dismissal of the Case Without Prejudice |

      COMES NOW Plaintiff, ANDREA STRINGER, on behalf of herself and all others similarly situated, and dismisses the case herein without prejudice at Plaintiff's cost pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated December 22, 2015

**Lester & Associates**
By:  <u>/s/ Patric A. Lester</u>
      Patric A. Lester
      Attorney for Plaintiff,
      ANDREA STRINGER, on behalf of
      herself and all others similarly
      situated
      pl@lesterlaw.com